```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
LYNDA BYRD,

                    Plaintiff,
                                            ORDER
          -against-                         12-CV-2211 (JS)

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff:      Lynda Byrd, pro se
                    43 California Avenue
                    Hempstead, NY 11550

For Defendant:      No Appearance
```

SEYBERT, District Judge:

On May 1, 2012, plaintiff Lynda Byrd ("Plaintiff") filed a Complaint seeking review of the decision of an administrative law judge pursuant to Section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g).  Accompanying the Complaint is an application to proceed in forma pauperis.  Upon review of the declaration accompanying Plaintiff's application, the Court finds that Plaintiff's financial status qualifies her to commence this action without prepayment of the filing fees.  See 28 U.S.C. § 1915(a)(1).  Accordingly, Plaintiff's application to proceed in forma pauperis is GRANTED.

IT IS HEREBY ORDERED that Plaintiff is granted leave to file the Complaint without prepayment of the $350.00 filing fee; and

IT IS FURTHER ORDERED that the Clerk of Court must

forward to the United States Marshal Service for the Eastern District of New York copies of Plaintiff's Summons, Complaint and this Order for service upon the Defendant without prepayment of fees; and

IT IS FURTHER ORDERED that the Clerk of Court must mail a copy of this Order to the Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated: May   9  , 2012
      Central Islip, New York